# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE HUNT,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDRE MATEVOUSIAN, et al,<br><br>    Defendants. | Case No. 1:16-cv-01560-LJO-BAM (PC)<br><br>ORDER DENYING MOTION TO SCREEN COMPLAINT OR REASSIGN MATTER<br><br>(ECF No. 14) |

Plaintiff Maurice Hunt ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). Plaintiff initiated this action on October 17, 2016. On October 31, 2016, Plaintiff moved to voluntarily dismiss this action, and the Court granted the request and closed this action on November 2, 2016. (ECF Nos. 7, 8.) On November 28, 2016, the Court granted Plaintiff's motion to reopen this case in light of his explanation that he had dismissed this action by mistake. (ECF No. 11.) Currently before the Court is Plaintiff's motion to screen complaint or reassign this matter to a new magistrate judge, filed on October 23, 2017. (ECF No. 14.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the

1

Court, and delays are inevitable despite the Court's best efforts. Due to the heavy caseload, Plaintiff's complaint is still awaiting screening. The Court is aware of the pendency of this case and will screen Plaintiff's complaint in due course. Plaintiff's motion for screening of his complaint or reassignment to a new magistrate judge, (ECF No. 14) is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **October 24, 2017**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE