# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE HUNT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATEVOUSIAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01560-LJO-BAM (PC)<br><br>ORDER DENYING MOTION FOR STAY OF PROCEEDINGS AS MOOT<br><br>(ECF No. 31) |

Plaintiff Maurice Hunt ("Plaintiff") is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

On June 15, 2018, the Court issued an amended screening order and findings and recommendations recommending dismissal of this action, with prejudice, for failure to state a claim, and denial of Plaintiff's motion for preliminary injunctive relief. (ECF No. 29.) The Court found that Plaintiff's complaint failed to state a cognizable Bivens claim for relief pursuant to Ziglar v. Abbasi, 137 S. Ct. 1843, 1857 (2017), and in light of Plaintiff's repeated refusals to file an amended complaint, the deficiencies in the complaint could not be cured by amendment. Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 14.) On July 3, 2018, the Court issued an order granting Plaintiff's request for a thirty-day extension of time to

file his objections to the findings and recommendations.  (ECF Nos. 30, 32.)  Plaintiff's objections are currently due on or before August 6, 2018.  (ECF No. 32.)

On July 2, 2018, Plaintiff filed a motion to temporarily stay the proceedings in this action. (ECF No. 31.)  Plaintiff states that on June 25, 2018, he was informed by prison officials that he would be transferred to another facility soon, but was not told the destination due to security purposes.  Plaintiff states he will be unable to maintain his legal property until he arrives at his new facility, and he will inform the Court as soon as possible of his new address.  (Id.)

As it appears that Plaintiff's motion for stay has crossed in the mail with the Court's July 3, 2018 order granting an extension of time to file objections, Plaintiff's motion, (ECF No. 31), is DENIED as moot.  Plaintiff's objections remain due on or before August 6, 2018.  Plaintiff may seek a further extension of time, with good cause shown, if he is unable to meet that deadline.

IT IS SO ORDERED.

Dated: **July 9, 2018**         /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE